# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

DEAN ANTHONY BLANTON,

    Petitioner,

    v.

SHERIFF CHRIS PRINE,

    Respondent.

**7:13-CV-165 (HL)**

28 U.S.C. § 2241

## ORDER

Before the Court is the Recommendation of the United States Magistrate Judge (Doc. 18) that Petitioner's habeas petition under 28 U.S.C. § 2241 be dismissed. Petitioner, a pretrial detainee, has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and, finding none, accepts and adopts it in full.

The Court finds that Petitioner has failed to make a substantial showing that he has been denied a constitutional right, and a certificate of appealability is therefore denied. 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

**SO ORDERED,** this 22nd day of August, 2014.

                      *s/ Hugh Lawson*_____
                      HUGH LAWSON, SENIOR JUDGE

scr